THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR BADER, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.; Dore, J., dissents and votes to affirm the judgment and the order.